# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

WENDELL DALE WILLIAMS                                    PLAINTIFF
ADC #110370


v.                          No. 4:26-cv-289-DPM

JACOB WEBB, Prosecuting Attorney,
Circuit Court of Faulkner County, 3rd
Division;  CHARLES CLAWSON, III,
Judge, Circuit Court of Faulkner County,
3rd Division;  TABATHA BRANCH,
Deputy Public Defender, Arkansas Public
Defender;  and A. FLOWERS,
Parole and Probation Officer                           DEFENDANTS

## JUDGMENT

Williams's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_14 April 2026_