**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WENDELL DALE WILLIAMS**
**ADC #110370** **PLAINTIFF**

**v.** **No. 4:26-cv-289-DPM**

**JACOB WEBB, Prosecuting Attorney, Circuit Court of Faulkner County, 3rd Division; CHARLES CLAWSON, III, Judge, Circuit Court of Faulkner County, 3rd Division; TABATHA BRANCH, Deputy Public Defender, Arkansas Public Defender; and A. FLOWERS, Parole and Probation Officer** **DEFENDANTS**

**ORDER**

Williams's motion to appoint counsel, *Doc. 11*, is denied. This case is closed. The Court directs the Clerk to send Williams a copy of *Doc. 4–7* and the docket sheet to Williams's current address.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

7 August 2026